1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG A. EDMONDS, JR., | ) | No. C 11-4320 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| ALAMEDA COUNTY DISTRICT | ) | |
| ATTORNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On August 31, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil

rights complaint, pursuant to 42 U.S.C. § 1983.  On October 21, 2011, the Court dismissed the

complaint with leave to amend, and ordered Plaintiff to file an amended complaint within thirty

days, or face dismissal of this action.  On November 3, 2011, the order was returned to the Court

as undeliverable because Plaintiff is no longer in custody.  On December 6, 2011, the Court

directed Plaintiff to file a notice of intent to prosecute and provide a current address.  That mail

was returned as undeliverable on December 13, 2011.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address

changes while an action is pending must promptly file a notice of change of address specifying

the new address.  *See* Civil L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint

when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not

1   deliverable, and (2) the Court fails to receive within sixty days of this return a written

2   communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

3        More than sixty days have passed since the mail sent to Plaintiff by the Court was

4   returned as undeliverable on November 3, 2011.  The Court has not received a notice from

5   Plaintiff of a new address.  Accordingly, the instant complaint is DISMISSED without prejudice

6   pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk of the Court shall enter

7   judgment and close the file.

8        IT IS SO ORDERED.

9   Dated:   1/5/12

10                                    LUCY H. KOH
                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal Without Prejudice
P:\pro-se\sj.lhk\cr.11\Edmonds320dis                 2