IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. EDMONDS, JR., | No. C 11-4320 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALAMEDA COUNTY DISTRICT ATTORNEY, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/5/12

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.11\Edmonds320jud