1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. EDMONDS, JR.,                          )            No. C 11-4320 LHK (PR)
                                                )
                    Plaintiff,                  )            JUDGMENT
                                                )
        v.                                      )
                                                )
ALAMEDA COUNTY DISTRICT                         )
ATTORNEY, et al.,                               )
                                                )
                    Defendants.                 )
                                                )

12

13

14

15

16

17

18

19

20

21

        The Court has dismissed the instant civil rights complaint without prejudice for

Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the

Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.

The Clerk of the Court shall close the file.

        IT IS SO ORDERED.

22

23

Dated:     1/5/12

24

LUCY H. KOH
United States District Judge

25

26

27

28

Judgment
P:\pro-se\sj.lhk\cr.11\Edmonds320jud