IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG A. EDMONDS, JR., | ) | No. C 11-4320 LHK (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION |
| v. | ) ) | FOR APPOINTMENT OF COUNSEL |
| ALAMEDA COUNTY DISTRICT ATTORNEY, et al., | ) ) ) | |
| Defendants. | ) ) | (Docket No. 21) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint, pursuant to 42 U.S.C. § 1983. (Docket No. 18.) On May 29, 2013, the Court dismissed the complaint with leave to amend. (Docket No. 20.) The Court also denied Plaintiff's motion to proceed *in forma pauperis* ("IFP") because the Court had already granted Plaintiff leave to proceed IFP. Plaintiff has filed a motion for appointment of counsel. (Docket No. 21.)

Plaintiff's motion for appointment of counsel (docket no. 21) is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus far been able to adequately present his claims.

To the extent that Plaintiff requests counsel to pursue a motion to reconsider the denial of his motion to proceed IFP, the motion is denied as unnecessary. Plaintiff was granted IFP status

1  on October 21, 2011.  (Docket No. 5.)

2       IT IS SO ORDERED.

3  DATED: 6/21/13

        _____
        LUCY H. KOH
4       United States District Judge