DONNA R. ZIEGLER [142415]
County Counsel
By: RAYMOND L. MACKAY [113230]
Senior Deputy County Counsel
Office of County Counsel
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorney for Defendants COUNTY OF ALAMEDA (erroneously sued as the Alameda County District Attorney's Office), ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, and YOLANDA CHAVEZ (erroneously sued as "Yim Chavez")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. EDMONDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF ALAMEDA (erroneously sued as the Alameda County District Attorney's Office), ALAMEDA COUNTY SHERIFF GREGORY J. AHERN, and YOLANDA CHAVEZ (erroneously sued as Yim Chavez),<br><br>　　　　　　Defendants. | Case No.: C11-4320 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE/SERVED MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION [Local Rules 6-3 and 7-11]** |

　　　　Pursuant to United States District Court, Northern District, Local Rules 6-3 and 7-11, the Defendants County of Alameda (erroneously sued as the "Alameda County District Attorney's Office"), Alameda County Sheriff Gregory J. Ahern and Yolanda Chavez (erroneously sued as "Yim Chavez") have filed a Motion for an extension of time to file and serve their Motion for Summary Judgment ("MSJ") or other dispositive Motion.

　　　　Good cause appearing, the Court orders:

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO FILE MSJ/OTHER DISPOSITIVE MOTION,
Case No. C11-4320 LHK (PR)**　　　　　　1

     1. Defendants' Motion is granted. Defendants shall up to and including **Monday, March 31, 2014** to file and serve their MSJ or other dispositive Motion.

     2. Plaintiff's opposition to the MSJ or other dispositive motion, if any, shall be filed with the Court and served upon Defendants no later than **28 days** from the date of service of the Motion.

     Defendants shall file a Reply Brief no later than **14 days** after the date of service of the opposition.

     The Motion shall be deemed submitted as of the date the Reply Brief is due. No hearing will be held on the Motion unless the Court so orders at a later date.

     Along with the MSJ or other dispositive motion, Defendants shall provide proof that Defendants served Plaintiff the applicable warnings required by federal law including *Rand v. Rowland*, 154 F.3d 952, 953-954 (9th Cir. 1998); *Klingele v. Eikenberry*, a 49F.2d 409, 411-12 (9th Cir. 1988); *Woods v. Carey*, No. 09-15548, slip op. 7871(9th Cir. July 6, 2012) and/or *Stratton v. Buck*, No. 10-35656, slip op. 11477 (9th Cir. Sept. 19, 2012) at the same time Defendants serve Plaintiff with the Motion. Failure to do so will result in the summary dismissal of the Motion without prejudice.

Date:  1/17/14                    By:  *Lucy H. Koh*
                                                     The Honorable Lucy H. Koh
                                                     United States District Judge