IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG A. EDMONDS, JR., | ) | No. C 11-4320 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| ALAMEDA COUNTY DISTRICT ATTORNEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

On August 31, 2011, plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. On October 21, 2011, the court dismissed the complaint with leave to amend, and ordered plaintiff to file an amended complaint within thirty days, or face dismissal of this action. On November 3, 2011, the order was returned to the court as undeliverable because plaintiff was no longer in custody. On January 6, 2012, the court dismissed the action pursuant to Federal Rule of Civil Procedure 41(b). Over one year later, plaintiff filed a motion to set aside the order of dismissal. On May 29, 2013, the court granted plaintiff's motion and re-opened the case. On October 10, 2013, the court issued an order to serve plaintiff's amended complaint upon defendants. On January 17, 2014, the court granted defendants an extension of time within which to file their dispositive motion. On February 18, 2014, that order, sent to plaintiff, was returned as undeliverable. On March 4, 2014, defendants filed a motion to compel plaintiff to respond to interrogatories and requested that the court issue

Order Directing Plaintiff to Respond to Defendants' Motion to Compel; Order to File a Notice of Intent to Prosecute
P:\PRO-SE\LHK\CR.11\Edmonds320dis.wpd

1 an order to plaintiff to show cause why the case should not be dismissed for failure to comply
2 with court orders.

3       Thereafter, on March 13, 2014, plaintiff was ordered to notify the court of his current
4 address, and indicate whether he intended to continue prosecuting this case.  If plaintiff wished
5 to continue to prosecute this case, plaintiff was directed to also file a response to defendants'
6 motion to compel.  The court warned plaintiff that failure to comply within twenty-eight days
7 would result in a dismissal of this case for failure to prosecute.  That order was returned as
8 undeliverable on April 2, 2014.

9       To date, plaintiff has not communicated with the court.  Accordingly, this action is
10 DISMISSED without prejudice for failure to prosecute.  The clerk shall terminate all pending
11 motions and close the file.

12       IT IS SO ORDERED.

13 DATED: 4/23/14

*(signature)*
LUCY H. KOH
United States District Judge