IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. EDMONDS, JR., | No. C 11-4320 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALAMEDA COUNTY DISTRICT ATTORNEY, et al., | |
| Defendants. | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/23/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.11\Edmonds320jud2.wpd